[No. 36458-1-II.   Division Two.   June 10, 2008.]

HARRIS STOCKARD ET AL., *Respondents*, v. JOHN HARER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-04680-7, Frank E. Cuthbertson, J., entered June 22, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 25931-5-III.   Division Three.   June 10, 2008.]

PHONSENETTE LOMAX, *Appellant*, v. YAKIMA VALLEY MEMORIAL HOSPITAL ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-2-01943-2, James P. Hutton, J., entered January 19, 2007. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik, J., and Thompson, J. Pro Tem.

[No. 25968-4-III.   Division Three.   June 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BOYD ALLEN ENFIELD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-1-03035-0, Ruth E. Reukauf, J., entered March 2, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 26071-2-III.   Division Three.   June 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON FLORES CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 06-1-50434-7, Vic L. VanderSchoor, J., entered April 17, 2007. *Dismissed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.